## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| SANDRA DUHAMEL,<br>DARLENE L. MANDEVILLE,<br>LINDA BARRETT, KRYSTYNA KUDYBA,<br>JAMES H. BAILEY, RICHARD LENAHAN,<br>KENNETH G. BURTON, JAMES E. DORNEY,<br>PAUL M. and GUILHERMINA AGUIAR,<br>ANTHONY N. LEPORE, DENNIS<br>and LISA ISOM<br>**Plaintiffs,**<br><br>VS.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, N.A., as Trustee of<br>AMERIQUEST MORTGAGE SECURITIES,<br>INC., Asset Backed Pass Through Certificates,<br>Series 2005-R4, and R10, and Series 2006 R1<br>Under the Pooling and Servicing Agreement<br>Without Recourse, AMC MORTGAGE<br>SERVICES, INC.,<br>WASHINGTON MUTUAL BANK,<br>HOUSEHOLD FINANCE, and DOES 1-5<br><br>**Defendants.** | C.A. 06-05705<br><br>(Originally CA-06-0347T (RI))<br><br>(Transferred to Judge Aspen for<br>Pretrial proceedings under MDL<br>#1715, Lead Case #05 C 7097<br><br><br>**FILED**<br><br>MAY 8 0 2008<br>MAY 30, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### AMENDED COMPLAINT

#### INTRODUCTION

1. This action seeks redress against Ameriquest Mortgage Company (hereinafter

Ameriquest) and Deutsche Bank National Trust Company, N.A. (hereinafter "Deutsche Bank"),

as Trustee of Ameriquest Mortgage Securities, Inc., as well as from Washington Mutual Bank

and Household Finance respectively as subsequent assignees for violations of the Truth in Lending Act, 15 U.S.C. § 1601 et seq. ("TILA") and implementing Federal Reserve Board Regulation Z, 12 C.F.R. part 226 .

## JURISDICTION AND VENUE

2.  This Court has subject matter jurisdiction over this action under 15 U.S.C. §1640 (TILA), and 28 U.S.C. §§1331 (general jurisdiction),1332 (diversity jurisdiction) and 1337 (interstate commerce).

3.  Venue in this District is proper under 28 U.S.C. § 1391(b) and (c) because Defendants conduct business in this District.  Defendants are, therefore, deemed to reside in this District under 28 U.S.C. § 1391( c).

## PARTIES AND FACTS

## FACTS RELATING TO PLAINTIFF SANDRA DUHAMEL

4.  Plaintiff Sandra L. Duhamel resides at 142 East Street, Pawtucket, RI 02860.

5. On or about January 13, 2005 Plaintiff Sandra L. Duhamel obtained a loan from Ameriquest, secured by her residence, for the purpose of debt consolidation.  All of the proceeds of the loan were used for personal, family or household purposes.

6. The closing of said refinancing transaction was conducted by a title company named, Tapalian & Tadros, P.C. Upon information and belief said company is most knowledgeable with the facts and circumstances regarding the actual closing of the Plaintiff's loan with Ameriquest, including but not limited to, the allegations regarding the completeness of the Notice of Right to Cancel given to the Plaintiff as referenced herein.

2

7. In connection with the transaction, Plaintiff Sandra L. Duhamel received or signed the following documents:

    1. A note in the principal amount of $100,500;

    2. A mortgage;

    3. A Truth in Lending statement;

    4. A notices of right to cancel, attached as <u>Exhibit 1</u>;

    5. A One Week Cancellation Period form; attached as <u>Exhibit 2</u>; and

    6. A HUD-1 Settlement Statement.

8. On or about July 3, 2006 Plaintiff Sandra L. Duhamel exercised her extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as <u>Exhibit 3</u>.

9. Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that Plaintiff received accurate disclosures under the TILA.

## FACTS RELATING TO PLAINTIFF DARLENE L. MANDEVILLE

10. Plaintiff Darlene L. Mandeville resides at 101 Beech Street, Woonsocket, RI 02895.

11. On or about September 16, 2005 Plaintiff Darlene L. Mandeville obtained a loan from Ameriquest, secured by her residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

12. The closing of said refinancing transaction was conducted by a title company named, Tapalian & Tadros, P.C. Upon information and belief said company is most knowledgeable with the facts and circumstances regarding the actual closing of the Plaintiff's loan with Ameriquest, including but not limited to, the allegations regarding the completeness of the Notice of Right to Cancel given to the Plaintiff as referenced herein.

3

13. In connection with the transaction, Plaintiff Darlene L. Mandeville received or signed the following documents:

    1. A note in the principal amount of $133,000;

    2. A mortgage;

    3. A Truth in Lending statement;

    4. A notices of right to cancel, attached as <u>Exhibit 4</u>;

    5. A One Week Cancellation Period form; attached as <u>Exhibit 5</u>; and

    6. A HUD-1 Settlement Statement.

14. On or about July 17, 2006 Plaintiff Darlene L. Mandeville exercised her extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as <u>Exhibit 6</u>.

15. Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that Plaintiff received accurate disclosures under the TILA.

## FACTS RELATING TO PLAINTIFF LINDA BARRETT

16. Plaintiff Linda Barrett resides at 1 Willow Glen Circle Unit 104, Warwick, RI 02889.

17. On or about July 30, 2005 Plaintiff Linda Barrett obtained a loan from Ameriquest, secured by her residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

18. The closing of said refinancing transaction was conducted by a title company named, Tapalian & Tadros, P.C. Upon information and belief said company is most knowledgeable with the facts and circumstances regarding the actual closing of the Plaintiff's loan with Ameriquest, including but not limited to, the allegations regarding the completeness of the Notice of Right to Cancel given to the Plaintiff as referenced herein.

4

19. In connection with the transaction, Plaintiff Linda Barrett received or signed the following documents:

    1. A note in the principal amount of $110,873;

    2. A mortgage;

    3. A Truth in Lending statement;

    4. A notices of right to cancel, attached as Exhibit 7;

    5. A One Week Cancellation Period form; attached as Exhibit 8; and

    6. A HUD-1 Settlement Statement.

20. On or about June 26, 2006 Plaintiff Linda Barrett exercised her extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as Exhibit 9.

21. Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that Plaintiff received accurate disclosures under the TILA.

## FACTS RELATING TO PLAINTIFF KRYSTYNA KUDYBA

22. Plaintiff Krystyna Kudyba resides at 212 Noonseneck Hill Rd., Exeter, RI 02822.

23. On or about August 4, 2005 Plaintiff Krystyna Kudyba obtained a loan from Ameriquest, secured by her residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

24. The closing of said refinancing transaction was conducted by a title company named, Tapalian & Tadros, P.C. Upon information and belief said company is most knowledgeable with the facts and circumstances regarding the actual closing of the Plaintiff's loan with Ameriquest, including but not limited to, the allegations regarding the completeness of the Notice of Right to Cancel given to the Plaintiff as referenced herein.

5

25. In connection with the transaction, Plaintiff Krystyna Kudyba received or signed the following documents:

1. A note in the principal amount of $250,000;
2. A mortgage;
3. A Truth in Lending statement;
4. A notices of right to cancel, attached as Exhibit 10;
5. A One Week Cancellation Period form; attached as Exhibit 11; and
6. A HUD-1 Settlement Statement.

26. On or about June 21, 2006 Plaintiff Krystyna Kudyba exercised her extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as Exhibit 12.

27. Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that Plaintiff received accurate disclosures under the TILA.

## FACTS RELATING TO PLAINTIFF JAMES H. BAILEY

28. Plaintiff James H. Bailey resides at 156 Brookside Ave., West Warwick, RI 02889.

29. On or about January 13, 2005 Plaintiff James H. Bailey obtained a loan from Ameriquest, secured by his residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

30. The closing of said refinancing transaction was conducted by a title company named, Tapalian & Tadros, P.C. Upon information and belief said company is most knowledgeable with the facts and circumstances regarding the actual closing of the Plaintiff's loan with Ameriquest, including but not limited to, the allegations regarding the completeness of the Notice of Right to Cancel given to the Plaintiff as referenced herein.

6

31. In connection with the transaction, Plaintiff James H. Bailey received or signed the following documents:

        1. A note in the principal amount of $150,227;

        2. A mortgage;

        3. A Truth in Lending statement;

        4. A notice of right to cancel, attached as Exhibit 13;

        5. A One Week Cancellation Period form; attached as Exhibit 14; and

        6. A HUD-1 Settlement Statement.

32. On or about July 17, 2006 Plaintiff James H. Bailey exercised his extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as Exhibit 15.

33. Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that Plaintiff received accurate disclosures under the TILA.

## FACTS RELATING TO PLAINTIFF RICHARD LENAHAN

34. Plaintiff Richard Lenahan resides at 73 Levesque Street, Warwick, RI 02886.

35. On or about November 9, 2005 Plaintiff Richard Lenahan obtained a loan from Ameriquest, secured by his residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

36. The closing of said refinancing transaction was conducted by a title company named, Tapalian & Tadros, P.C.. Upon information and belief said company is most knowledgeable with the facts and circumstances regarding the actual closing of the Plaintiff's loan with Ameriquest, including but not limited to, the allegations regarding the completeness of the Notice of Right to Cancel given to the Plaintiff as referenced herein.

7

37. In connection with the transaction, Plaintiff Richard Lenahan received or signed the following documents:

    1. A note in the principal amount of $238,000;
    2. A mortgage;
    3. A Truth in Lending statement;
    4. A notices of right to cancel, attached as Exhibit 16;
    5. A One Week Cancellation Period form; attached as Exhibit 17; and
    6. A HUD-1 Settlement Statement.

38. On or about July 17, 2006 Plaintiff Richard Lenahan exercised his extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as Exhibit 18.

39. Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that Plaintiff received accurate disclosures under the TILA.

## FACTS RELATING TO PLAINTIFF KENNETH G. BURTON

40. Plaintiff Kenneth G. Burton resides at 70 Berkeley Street, East Providence, RI 02914.

41. On or about November 7, 2005 Plaintiff Kenneth G. Burton obtained a loan from Ameriquest, secured by his residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

42. The closing of said refinancing transaction was conducted by a title company named, Tapalian & Tadros, P.C. Upon information and belief said company is most knowledgeable with the facts and circumstances regarding the actual closing of the Plaintiff's loan with Ameriquest, including but not limited to, the allegations regarding the completeness of the Notice of Right to Cancel given to the Plaintiff as referenced herein.

43. In connection with the transaction, Plaintiff Kenneth G. Burton received or signed the following documents:

      1. A note in the principal amount of $196,228;

      2. A mortgage;

      3. A Truth in Lending statement;

      4. A notices of right to cancel, attached as Exhibit 19;

      5. A One Week Cancellation Period form; attached as Exhibit 20; and

      6. A HUD-1 Settlement Statement.

44. On or about July 17, 2006 Plaintiff Kenneth G. Burton exercised his extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as Exhibit 21.

45. Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that Plaintiff received accurate disclosures under the TILA.

## FACTS RELATING TO PLAINTIFF JAMES E. DORNEY

46. Plaintiff James E. Dorney resides at 171 Edman Street, Warwick, RI 02886.

47. On or about November 25, 2005 Plaintiff James E. Dorney obtained a loan from Ameriquest, secured by his residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

48. The closing of said refinancing transaction was conducted by a title company named, Tapalian & Tadros, P.C. Upon information and belief said company is most knowledgeable with the facts and circumstances regarding the actual closing of the Plaintiff's loan with Ameriquest, including but not limited to, the allegations regarding the completeness of the Notice of Right to Cancel given to the Plaintiff as referenced herein.

9

49. In connection with the transaction, Plaintiff James E. Dorney received or signed the following documents:

      1. A note in the principal amount of $150,134;

      2. A mortgage;

      3. A Truth in Lending statement;

      4. A notice of right to cancel, attached as <u>Exhibit 22</u>;

      5. A One Week Cancellation Period form; attached as <u>Exhibit 23</u>; and

      6. A HUD-1 Settlement Statement.

50. On or about July 5, 2006 the Plaintiff James E. Dorney exercised his extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as <u>Exhibit 24</u>.

51. Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that the Plaintiff received accurate disclosures under the TILA.

## FACTS RELATING TO PLAINTIFFS PAUL M. AND GUILHERMINA AGUIAR

52. Plaintiffs Paul M. Aguiar and Guilhermina Aguiar reside at 31 Lydia Rd., Coventry, RI 02816.

53. On or about July 28, 2005 Plaintiffs Paul M. Aguiar and Guilhermina Aguiar obtained a loan from Ameriquest, secured by their residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

54. The closing of said refinancing transaction was conducted by a title company named, Tapalian & Tadros, P.C. Upon information and belief said company is most knowledgeable with

10

the facts and circumstances regarding the actual closing of the Plaintiffs' loan with Ameriquest, including but not limited to, the allegations regarding the completeness of the Notice of Right to Cancel given to the Plaintiffs as referenced herein.

55. In connection with the transaction, Plaintiffs Aguiar received or signed the following documents:

1. A note in the principal amount of $230,000;
2. A mortgage;
3. A Truth in Lending statement;
4. A notices of right to cancel, attached as Exhibit 25;
5. A One Week Cancellation Period form; attached as Exhibit 26; and
6. A HUD-1 Settlement Statement.

56. On or about July 17, 2006 Plaintiffs Aguiar exercised their extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as Exhibit 27.

57. Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that Plaintiffs received accurate disclosures under the TILA.

## FACTS RELATING TO PLAINTIFF ANTHONY N. LEPORE

58. Plaintiff Anthony N. Lepore resides at 16 Betsy Williams Circle, Johnston, RI 02919.

59. On or about January 1, 2005 Plaintiff Anthony N. Lepore obtained a loan from Ameriquest, secured by his residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

60. The closing of said refinancing transaction was conducted by a title company named, Tapalian & Tadros, P.C. Upon information and belief said company is most knowledgeable with

11

the facts and circumstances regarding the actual closing of the Plaintiff's loan with Ameriquest, including but not limited to, the allegations regarding the completeness of the Notice of Right to Cancel given to the Plaintiff as referenced herein.

61. In connection with the transaction, Plaintiff Anthony N. Lepore received or signed the following documents:
1. A note in the principal amount of $385,100;
2. A mortgage;
3. A Truth in Lending statement;
4. A notices of right to cancel, attached as Exhibit 28;
5. A One Week Cancellation Period form; attached as Exhibit 29; and
6. A HUD-1 Settlement Statement.

62. On or about June 19, 2006 Plaintiff Anthony N. Lepore exercised his extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as Exhibit 30.

63. Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that Plaintiff received accurate disclosures under the TILA.

### FACTS RELATING TO PLAINTIFFS DENNIS AND LISA ISOM

64. Plaintiffs Dennis Isom and Lisa Isom reside at 189 Ophelia Street, Providence, RI 02909.

65. On or about June 7, 2005 Plaintiffs Isom obtained a loan from Ameriquest, secured by their residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

66. The closing of said refinancing transaction was conducted by a title company named,

12

Tapalian & Tadros, P.C. Upon information and belief said company is most knowledgeable with the facts and circumstances regarding the actual closing of the Plaintiffs' loan with Ameriquest, including but not limited to, the allegations regarding the completeness of the Notice of Right to Cancel given to the Plaintiffs as referenced herein.

67. In connection with the transaction, Plaintiffs Isom received or signed the following documents:

      1.  A note in the principal amount of $140,000;

      2.  A mortgage;

      3.  A Truth in Lending statement;

      4.  A notice of right to cancel, attached as Exhibit 31;

      5.  A One Week Cancellation Period form; attached as Exhibit 32; and

      6. A HUD-1 Settlement Statement.

68. On or about July 3, 2006 Plaintiffs Isom exercised their extended right to rescind the loan for violations of TILA. A notice of rescission was sent to Ameriquest. A Copy of the notice is attached as Exhibit 33.

69. Ameriquest has acknowledged receipt of the notice of rescission but refused to honor the request alleging that Plaintiff received accurate disclosures under the TILA.

**DEFENDANTS**

70. Defendant Ameriquest is a National corporation with its principle place of business at 1100 Town and Country Road, Suite 900, Orange, CA 92868.

71. Ameriquest enters into more than 5 transactions per year in which credit is extended that is secured by the principal residence of a consumer and is used for purposes other than the initial acquisition or construction of the residence.

13

72. Ameriquest is therefore a creditor as defined in TILA and implementing Federal Reserve Board Regulation Z.

73. Ameriquest is what is commonly known as a "subprime" lender, targeting persons who have or who believe they have impaired credit.

74. Defendant AMC Mortgage Services, Inc. Is a foreign corporation which does business in Rhode Island. It is an affiliate of Ameriquest. Its registered agent and office are National Registered Agents, Inc., 222 Jefferson Boulevard, Suite 200, Warwick, RI 02888.

75. Defendant AMC Mortgage Services, Inc. an affiliate of Ameriquest Mortgage Company, services loans originated by Ameriquest Mortgage Company, and claims an interest in such loans, including the right to receive payments thereunder. It is joined as a necessary party.

76. Defendant Deutsche Bank, is a federally chartered bank located at 60 Wall Street, New York, NY 10005. On information and belief, it holds legal title to some of plaintiffs' loans, as trustee.

77. Defendant Ameriquest Mortgage Securities, Inc., an affiliate of Ameriquest Mortgage Company, is a foreign corporation which transacts business in Rhode Island. It is the beneficial owner of some loans originated by Ameriquest Mortagage Company, including Plaintiffs'. It is located at 1100 Town & Country Road, Suite 1100, Orange, CA 92868.

78. Defendant Washington Mutual Bank is a federally-chartered savings association with its headquarters in Seattle, Washington. Upon information and belief, it is the beneficial legal holder and assignee of some loans originated by Ameriquest Mortgage Company, relative to the

14

following Plaintiffs: Linda Barrett, Paul M. and Guilhermina Aguiar, and Dennis and Lisa Isom. It is joined as a necessary party.

79. Defendant Household Finance is a foreign corporation which does business in Rhode Island. Its registered agent and office are CT Corporation System, 10 Weybosset Street, Providence, RI 02903. Upon information and belief, it is the beneficial legal holder and assignee of some loans originated by Ameriquest Mortgage Company, relative to the following Plaintiff: Anthony N. Lepore. It is joined as a necessary party.

## COUNT I - TRUTH IN LENDING ACT

80. Plaintiffs incorporate ¶¶ 1-79 as if fully set out herein.

81. Because all of the refinance transactions referenced herein were secured by Plaintiffs' homes, and were not entered into for purposes of the initial acquisition or construction of that home, they were subject to the right to cancel provided by 15 U.S.C. §1635 and 12 C.F.R. §226.23.

82. The copies of the notice of right to cancel actually delivered to each of the Plaintiffs referenced herein were materially confusing and therefore, defective in that they did not specify the date of the transaction and the date of the expiration of the rescission period.

83. By failing to indicate the date by which the right to cancel had to be exercised Ameriquest failed to give each of the Plaintiffs clear and conspicuous notice of their right to cancel, in violation of 15 U.S.C. §1635 and 12 C.F.R. § 226.23. Accordingly, Plaintiffs are entitled to exercise their extended right to rescind their loans under the TILA.

84. In the alternative, the Plaintiffs allege that any material disclosures deemed to be received by them were nevertheless defective for the following reasons: (1) The One Week

15

Cancellation Period form (see attached Exhibits) detracts from and obfuscates the Notice of

Right to Cancel (see attached Exhibits) since it suggests that the consumer has seven days to

rescind under TILA, which is not the case. The provision of an ostensibly longer rescission

period may cause a consumer to delay past the statutory three days, without recognizing that the

extended period is purely contractual without benefit of the TILA damages and protections of §

1635. The One Week Cancellation Period form also provides for a different method of

calculating days and requires actual receipt of the notice by Ameriquest within the specified time.

The provision of two inconsistent and confusing notices to cancel violates the "clear and

conspicuous" disclosures requirement of 15 U.S.C. § 1635 and 12 C.F.R. § 226.23; (2) 15 U.S.C.

85. 15 U.S.C. § 1635(g) provides that a court may award damages under section 1640 in

addition to rescission.

86. The failure of the Defendants to honor/respond to the notice of rescission is a

separate violation of 15 U.S.C. § 1640 (a) entitling the Plaintiffs to an award of statutory

damages.

**WHEREFORE**, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and

against Defendants as follows:

       1. A declaration that Plaintiffs are entitled to rescind;

       2. Rescission of the loans;

       3. Statutory damages;

       4. Attorney's fees, litigation expenses and costs.

       5. Such other relief as the Court deems appropriate.

16

Respectfully submitted,


/s/ Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Bar # 4019

## JURY DEMAND

Plaintiffs demand trial by jury.


/s/ Christopher M. Lefebvre

17

# EXHIBIT 1

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:   January 13, 2005
LOAN NO.:   0106893260 - 5782
TYPE:   ADJUSTABLE RATE

BORROWER(S): SANDRA L. DUHAMEL

ADDRESS:       142 EAST ST
CITY/STATE/ZIP:   PAWTUCKET,RI 02860

PROPERTY:   142 EAST ST
PAWTUCKET, RI  02860

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is | ENTER DOCUMENT SIGNING DATE |

or
2.   The date you received your Truth in Lending disclosures;
or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of | ENTER FINAL DATE TO CANCEL |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE                                                      DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____          _____
BORROWER/OWNER SANDRA L. DUHAMEL          Date          BORROWER/OWNER                    Date

_____          _____
BORROWER/OWNER                    Date          BORROWER/OWNER                    Date

1064-NRC (Rev 11/93)          0000010689326004000501101

**BORROWER COPY**

01/13/2005 3:32:26 PM

# EXHIBIT   2

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0106693260 - 5782          Borrower(s): SANDRA L. DUHAMEL
Date: January 13, 2005

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2258

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Sandra L. Duhamel_     1/13/05
Borrower/Owner  SANDRA L. DUHAMEL                    Date

_____           _____
Borrower/Owner                                      Date

_____           _____
Borrower/Owner                                      Date

_____           _____
Borrower/Owner                                      Date

---

## REQUEST TO CANCEL

I/We want to cancel loan # _____

_____           _____
Borrower/Owner Signature                            Date

01/13/2005 3:32:28 PM

**BORROWER COPY**

00000106693260040422D101
330 (1/005)

# EXHIBIT 3



*FROM THE OFFICE OF THE*

## FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELORS AT LAW*

July 3, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by Sandra L. Duhamel of 142 East Street, Pawtucket, RI 02860, Loan Number: 0106693260, Closing Date: 01/13/2005

To Whom It May Concern:

I represent Sandra L. Duhamel concerning the mortgage loan transaction she entered into with Ameriquest Mortgage Company on January 13, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Sandra L. Duhamel was given incomplete and therefore, inaccurate notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Butler's property located at 142 East Street, Pawtucket, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Sandra L. Duhamel,
By her Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Sandra L. Duhamel

# EXHIBIT 4

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  September 16, 2005
LOAN NO.:  0133490268 - 5782
TYPE:  ADJUSTABLE RATE

BORROWER(S): DARLENE L. MANDEVILLE       MAURICE A. MANDEVILLE

ADDRESS:        101 BEECH STREET
CITY/STATE/ZIP:  WOONSOCKET,RI 02895

PROPERTY:   101 BEECH STREET
             WOONSOCKET, RI  02895

    You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

    | ENTER DOCUMENT SIGNING DATE |
    | --- |
    |  |

    or

2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company          ATTN:  FUNDING
1600 S Douglass Rd                   PHONE: (714)634-3494
Anaheim, CA 92806                    FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
|  |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____                           _____
SIGNATURE                                           DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____    _____    _____    _____
BORROWER/OWNER DARLENE L. MANDEVILLE  Date  BORROWER/OWNER MAURICE A. MANDEVILLE  Date

_____    _____    _____    _____
BORROWER/OWNER                Date     BORROWER/OWNER                Date



1004-NRC (Rev. 11/03)
00000133490268040000501D1

**BORROWER COPY**

09/16/2005 9:14:47 AM

# EXHIBIT 5

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0133490268 - 5782          Borrower(s): DARLENE L. MANDEVILLE
Date:  September 16, 2005                                   MAURICE A. MANDEVILLE

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make.  To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.**  No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends.  You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan.  The written statement must be signed and dated by any one borrower.  Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

Borrower/Owner  DARLENE L. MANDEVILLE _____     Date _____

Borrower/Owner  MAURICE A. MANDEVILLE _____     Date _____

Borrower/Owner _____     Date _____

Borrower/Owner _____     Date _____

## REQUEST TO CANCEL

I/We want to cancel loan # _____

Borrower/Owner Signature _____     Date _____


0000013349026804220101

B30 (10/00)

09/16/2005 9:14:47 AM

**BORROWER COPY**

# EXHIBIT 6



*FROM THE OFFICE OF THE*
## FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELORS AT LAW*

July 17, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by Darlene L. Mandeville of 101 Beech Street, Woonsocket, RI 02895, Loan Number: 0133490268; Closing Date: 09/16/2005

To Whom It May Concern:

      I represent Darlene L. Mandeville concerning the mortgage loan transaction she entered into with Ameriquest Mortgage Company on September 16, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

      The primary basis for the rescission is that Darlene L. Mandeville was given incomplete and therefore, inaccurate notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

      The security interest held by Ameriquest Mortgage Company on the Mandeville's property located at 101 Beech Street, Woonsocket, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

                          Very truly yours,
                          Darlene L. Mandeville,
                          By her Attorney,

                          Christopher M. Lefebvre
                          P. O. Box 479
                          Pawtucket, RI 02862

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Darlene L. Mandeville

# EXHIBIT 7

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  July 30, 2005
LOAN NO.:   0128580305 - 5594
TYPE:   FIXED RATE

BORROWER(S): Linda A Barrett

ADDRESS:        1 Willow Glen Circle
CITY/STATE/ZIP:    WARWICK, RI 02889

PROPERTY:   1 Willow Glen Circle 104
                    WARWICK, RI  02889

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

**ENTER DOCUMENT SIGNING DATE**

or

2.  The date you received your Truth in Lending disclosures;
    or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:       (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____                     _____
SIGNATURE                                                          DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____    _____    _____    _____
BORROWER/OWNER Linda A Barrett           Date          BORROWER/OWNER                                    Date

_____    _____    _____    _____
BORROWER/OWNER                               Date          BORROWER/OWNER                                    Date

Lon4-NRC (Rev 11/93)      0000012858030504000050101

**BORROWER COPY**

07/29/2005 10:39:01 AM

# EXHIBIT 8

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0128580305 - 5594      Borrower(s): Linda A Barrett

Date: July 30, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

         Ameriquest Mortgage Company
         1600 S Douglass Rd Anaheim, CA 92806
         ATTN: Funding Department
         Phone: (714)541-9960
         Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_____      _____
Borrower/Owner  Linda A Barrett               Date


_____      _____
Borrower/Owner               Date


_____      _____
Borrower/Owner               Date


_____      _____
Borrower/Owner               Date

## REQUEST TO CANCEL

I/We want to cancel loan #_____

_____      _____
Borrower/Owner Signature               Date


00000128580305040422o101

530 (19-00)

07/29/2005 10:39:01 AM

**BORROWER COPY**

# EXHIBIT 9

okok



FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

ATTORNEYS & COUNSELORS AT LAW

June 26, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by Linda Barrett of 1 Willow Glen Circle Unit 104, Warwick, RI 02889, Loan Number: 0128580305, Closing Date: 07/30/2005

To Whom It May Concern:

I represent Linda Barrett concerning the mortgage loan transaction she entered into with Ameriquest Mortgage Company on July 30, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Ms. Barrett was given incomplete and therefore, inaccurate notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Barrett's property located at 1 Willow Glen Circle Unit 104, Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Linda Barrett,
By her Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Linda Barrett

# EXHIBIT 10

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: August 4, 2005
LOAN NO.: 0129540803 - 5594
TYPE: ADJUSTABLE RATE

BORROWER(S): Krystyna Kudyba     Zbigniew Kudyba

ADDRESS: 212 Nooseneck Hill Road
CITY/STATE/ZIP: Exeter, RI 02822

PROPERTY: 212 Nooseneck Hill Road
Exeter, RI 02822

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is     **ENTER DOCUMENT SIGNING DATE**    ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company        ATTN: FUNDING
1600 S Douglass Rd                       PHONE: (714)634-3494
Anaheim, CA 92806                   FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must     **ENTER FINAL DATE TO CANCEL**
send the notice no later than MIDNIGHT of

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL.

_____      _____
SIGNATURE                                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____   Date    _____   Date
BORROWER/OWNER Krystyna Kudyba                    BORROWER/OWNER Zbigniew Kudyba

_____   Date    _____   Date
BORROWER/OWNER                                  BORROWER/OWNER

1004-N/RC (Rev 11/03) 
0000012954080530400050101

**BORROWER COPY**

08/04/2005 12:29:50 PM

# EXHIBIT 11

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0129540803 - 5594
Date: August 4, 2005

Borrower(s): Krystyna Kudyba
Zbigniew Kudyba

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

Borrower/Owner  Krystyna Kudyba                                    Date

Borrower/Owner  Zbigniew Kudyba                                    Date

Borrower/Owner                                                     Date

Borrower/Owner                                                     Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____

Borrower/Owner Signature                          Date

---



00000129540803040420101

08/04/2005 12:28:50 PM

**BORROWER COPY**

859 (10/05)

# EXHIBIT   12



*FROM THE OFFICE OF THE*
## FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELLORS AT LAW*

June 21, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by Krystyna Kudyba of 212 Nooseneck Hill Rd., Exeter, RI 02822; Loan Number: 0129540803, Closing Date: 08/04/2005

To Whom It May Concern:

I represent Krystyna Kudyba concerning the mortgage loan transaction she and her husband entered into with Ameriquest Mortgage Company on August 4, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mrs. Kudyba was given incomplete and therefore, inaccurate notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Kudyba's property located at 212 Nooseneck Hill Rd., Exeter, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Krystyna Kudyba,
By her Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Krystyna Kudyba

TWO DEXTER STREET, P.O. BOX 479    PAWTUCKET, RI 02862    PHONE: (401) 728-6060    FAX: (401) 728-6534

# EXHIBIT 13

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  January 13, 2005
LOAN NO.:   0103453601 - 5594
TYPE:   FIXED RATE

BORROWER(S): James H Bailey        Debra A Bailey

ADDRESS:        156 Brookside Ave
CITY/STATE/ZIP:   WEST WARWICK,RI 02893

PROPERTY:   156 Brookside Ave
                WEST WARWICK,  RI  02893

   You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

  1.   The date of the transaction, which is   **ENTER DOCUMENT SIGNING DATE**

   or
  2.   The date you received your Truth in Lending disclosures;
   or
  3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:     (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of   **ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE

_____
DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER  James H Bailey     Date    BORROWER/OWNER  Debra A Bailey     Date

BORROWER/OWNER     Date    BORROWER/OWNER     Date



19H-HRC (Rev 11/03)        000001034536010400050101

**BORROWER COPY**

01/13/2005 1:40:56 PM

# EXHIBIT 14

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0103453601 - 5594          Borrower(s): James H Bailey
Date: January 13, 2005                              Debra A Bailey

You have the right under Federal or state law to three (3) business days during which you can
cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have
received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important
financial decisions you can make. To give you more time to study your loan documents, obtain
independent advice and/or shop for a loan that you believe suits you better, we provide you with
one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to
you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires.
Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of
the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the
day the cancellation period ends. You may cancel by signing and dating in the request to cancel box
below or by using any other written statement that provides your loan number and states your desire to
cancel your loan. The written statement must be signed and dated by any one borrower. Your request
must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9980
Fax: (800)664-2258

When you sign below, it means that you have received and read a copy of this notice and you understand
what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

---

Borrower/Owner  James H Bailey                              Date

---

Borrower/Owner  Debra A Bailey                              Date

---

Borrower/Owner                                                         Date

---

Borrower/Owner                                                         Date

## REQUEST TO CANCEL

I/We want to cancel loan # _____

Borrower/Owner Signature                                          Date



00000103453601040422010T

3350 (10/02)

01/13/2005 1:40:56 PM

**BORROWER COPY**

# EXHIBIT 15



*FROM THE OFFICE OF THE*
## FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELORS AT LAW*

July 17, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by James H. Bailey of 156 Brookside Ave., West Warwick, RI 02889, Loan Number: 0103453601; Closing Date: 01/13/2005

To Whom It May Concern:

I represent James H. Bailey concerning the mortgage loan transaction he and his wife entered into with Ameriquest Mortgage Company on January 13, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that James H. Bailey was given incomplete and therefore, inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Bailey's property located at 156 Brookside Ave., West Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
James H. Bailey,
By his Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: James H. Bailey

# EXHIBIT 16

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  November 9, 2005
LOAN NO.:  0137807881 - 5594
TYPE:  ADJUSTABLE RATE

BORROWER(S): Richard Lenahan

ADDRESS:       73 Levesque Street
CITY/STATE/ZIP:   Warwick, RI 02886

PROPERTY:  73 Levesque Street
           Warwick, RI  02886

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

| ENTER DOCUMENT SIGNING DATE |
|---|
|  |

or
2.   The date you received your Truth in Lending disclosures;
or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
|---|
|  |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____            _____
SIGNATURE                                          DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

---

BORROWER/OWNER  Richard Lenahan _____ Date          BORROWER/OWNER _____ Date

BORROWER/OWNER _____ Date          BORROWER/OWNER _____ Date



004-NRC (Rev 11/05)
000001378076810400060101

**BORROWER COPY**

11/09/2005 1:58:14 PM

# EXHIBIT 17

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0137807681 - 5594          Borrower(s): Richard Lenahan
Date: November 9, 2005

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____          _____
Borrower/Owner  Richard Lenahan                Date

_____          _____
Borrower/Owner                                          Date

_____          _____
Borrower/Owner                                          Date

_____          _____
Borrower/Owner                                          Date

---

## REQUEST TO CANCEL

I/We want to cancel loan #_____

_____          _____
Borrower/Owner Signature                          Date



11/09/2005 1:58:14 PM

**BORROWER COPY**

# EXHIBIT 18



FROM THE OFFICE OF THE

**FAMILY AND CONSUMER LAW CENTER**

WWW.RICONSUMERLAW.COM

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

ATTORNEYS & COUNSELORS AT LAW

July 17, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by Richard Lenahan of 73 Levesque Street, Warwick, RI 02886, Loan Number: 0137807681; Closing Date: 11/09/2005

To Whom It May Concern:

I represent Richard Lenahan concerning the mortgage loan transaction he entered into with Ameriquest Mortgage Company on November 9, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Richard Lenahan was given incomplete and therefore, inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Lenahan's property located at 73 Levesque Street, Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Richard Lenahan ,
By his Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Richard Lenahan

# EXHIBIT 19

## NOTICE OF RIGHT TO CANCEL

LENDER: Ameriquest Mortgage Company

DATE: November 7, 2005
LOAN NO.: 0138039805 - 5594
TYPE: ADJUSTABLE RATE

BORROWER(S): Kenneth G Burton

ADDRESS: 70 Berkeley Street
CITY/STATE/ZIP: EAST PROVIDENCE,RI 02914

PROPERTY: 70 Berkeley Street
East Providence, RI 02914

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

or
2. The date you received your Truth in Lending disclosures;
or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN: FUNDING
PHONE: (714)634-3494
FAX: (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____          _____
SIGNATURE                                DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Kenneth G Burton        Date        BORROWER/OWNER        Date

BORROWER/OWNER        Date        BORROWER/OWNER        Date



004-NRC (Rev 1/03)        00000138039806400050191

**BORROWER COPY**

11/07/2005 7:07:58 AM

# EXHIBIT 20

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0138039805 - 5594          Borrower(s): Kenneth G Burton
Date: November 7, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


Borrower/Owner  Kenneth G Burton _____     Date _____

Borrower/Owner _____     Date _____

Borrower/Owner _____     Date _____

Borrower/Owner _____     Date _____

---

### REQUEST TO CANCEL
I/We want to cancel loan # _____

Borrower/Owner Signature _____     Date _____

---


0000013803980504042201

332 (10/00)

11/07/2005 7:07:56 AM

**BORROWER COPY**

# EXHIBIT   21



*FROM THE OFFICE OF THE*
## FAMILY AND CONSUMER LAW CENTER

*WWW.FCCONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELORS AT LAW*

July 17, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by Kenneth G. Burton of 70 Berkeley Street, East Providence, RI 02914, Loan Number: 0138039805; Closing Date: 11/07/2005

To Whom It May Concern:

I represent Kenneth G. Burton concerning the mortgage loan transaction he entered into with Ameriquest Mortgage Company on November 7, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Burton was given incomplete and therefore, inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Burton's property located at 70 Berkeley Street, East Providence, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Kenneth G. Burton,
By his Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Kenneth G. Burton

# EXHIBIT   22

# NOTICE OF RIGHT TO CANCEL

LENDER:  Ameriquest Mortgage Company

DATE:  November 25, 2005
LOAN NO.:  0140211467 - 5782
TYPE:  ADJUSTABLE RATE

BORROWER(S): Joan M. Dorney    James E. Dorney

ADDRESS:      171 Edman St
CITY/STATE/ZIP:  Warwick, RI 02886

PROPERTY:  171 Edman St
          Warwick, RI 02886

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:    (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____
SIGNATURE

_____
DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____
BORROWER/OWNER Joan M. Dorney    Date

_____
BORROWER/OWNER James E. Dorney    Date

_____
BORROWER/OWNER    Date

_____
BORROWER/OWNER    Date

**BORROWER COPY**

1004-NRC (Rev 11/03)

00000140211467040000050101

11/23/2005 1:50:33 PM

# EXHIBIT 23

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0140211467 - 5782
Date: November 25, 2005

Borrower(s): Joan M. Dorney
James E. Dorney

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, we **provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____
Borrower/Owner  Joan M. Dorney

_____
Date

_____
Borrower/Owner  James E. Dorney

_____
Date

_____
Borrower/Owner

_____
Date

_____
Borrower/Owner

_____
Date

## REQUEST TO CANCEL

I/We want to cancel loan #_____

_____
Borrower/Owner Signature

_____
Date

11/23/2005 1:50:33 PM

**BORROWER COPY**

# EXHIBIT 24



*FROM THE OFFICE OF THE*
## FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELLORS AT LAW*

July 5, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by James E. Dorney of 171 Edman Street, Warwick, RI 02886 , Loan Number: 0140211467, Closing Date: 11/25/2005

To Whom It May Concern:

I represent James E. Dorney concerning the mortgage loan transaction he and his wife entered into with Ameriquest Mortgage Company on November 25, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Dorney was given incomplete and therefore, inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Dorney's property located at 171 Edman Street, Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
James E. Dorney,
By his Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: James E. Dorney

# EXHIBIT 25

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  July 28, 2005
LOAN NO.:   0128911686 - 5594
TYPE:   ADJUSTABLE RATE

BORROWER(S): Paul M Aguiar        Gullhermina Aguiar

ADDRESS:        31 Lydia Road
CITY/STATE/ZIP:   Coventry, RI 02816

PROPERTY:   31 Lydia Road
            Coventry,  RI  02816

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

    | ENTER DOCUMENT SIGNING DATE |
    | --- |
    |  |

or

2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

**Ameriquest Mortgage Company**
**1600 S Douglass Rd**
**Anaheim, CA 92806**

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

| ENTER FINAL DATE TO CANCEL |
| --- |
|  |

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____
SIGNATURE

_____
DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____
BORROWER/OWNER Paul M Aguiar                    Date

_____
BORROWER/OWNER Guilhermina Aguiar               Date

_____
BORROWER/OWNER                                  Date

_____
BORROWER/OWNER                                  Date



1044-NRC ( Rev 11/03)
0000012891188604000050101

**BORROWER COPY**

07/28/2005 2:07:57 PM

# EXHIBIT 26

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0128911666 - 5594          Borrower(s): Paul M Aguiar
Date: July 28, 2005                                    Guilhermina Aguiar

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

Borrower/Owner  Paul M Aguiar _____     Date _____

Borrower/Owner  Guilhermina Aguiar _____     Date _____

Borrower/Owner _____     Date _____

Borrower/Owner _____     Date _____

## REQUEST TO CANCEL

I/We want to cancel loan # _____ .

Borrower/Owner Signature _____     Date _____



07/28/2005 2:07:57 PM

**BORROWER COPY**

850 (10/00)

# EXHIBIT 27



*FROM THE OFFICE OF THE*

**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

July 17, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by Paul M. Aguiar and Guilhermina Aguiar of 31 Lydia Rd,
Coventry, RI 02816, Loan Number: 0128911666; Closing Date: 07/28/2005

To Whom It May Concern:

I represent Paul M. Aguiar and Guilhermina Aguiar concerning the mortgage loan transaction they entered into with Ameriquest Mortgage Company on July 28, 2005. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Paul M. Aguiar and Guilhermina Aguiar were given incomplete and therefore, inaccurate notices of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Aguiar's property located at 31 Lydia Rd, Coventry, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Paul M. Aguiar,
Guilhermina Aguiar,
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

**CERTIFIED MAIL-RETURN
RECEIPT REQUESTED**

cc: Paul M. Aguiar and Guilhermina Aguiar

*TWO DEXTER STREET, P.O. BOX 479   PAWTUCKET, RI 02862   PHONE: (401) 728-6060   FAX: (401) 728-6534*

# EXHIBIT 28

# NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  January 5, 2005
LOAN NO.:   0105499784 - 5782
TYPE:   FIXED RATE

BORROWER(S): Anthony N Lepore        Lori A Lepore

ADDRESS:        16 Betsy Williams Circle
CITY/STATE/ZIP:  Johnston, RI 02919

PROPERTY:   16 Betsy Williams Circle
            Johnston, RI  02919

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.  The date of the transaction, which is

ENTER DOCUMENT SIGNING DATE

or
2.  The date you received your Truth in Lending disclosures;
or
3.  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company
1600 S Douglass Rd
Anaheim, CA 92806

ATTN:  FUNDING
PHONE: (714)634-3494
FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____          _____
SIGNATURE                         DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____       Date       _____       Date
BORROWER/OWNER Anthony N Lepore                    BORROWER/OWNER Lori A Lepore

_____       Date       _____       Date
BORROWER/OWNER                                     BORROWER/OWNER

**BORROWER COPY**



1084-NRC (Rev 11/05)          0000010549978404000050101

01/05/2005 11:19:50 AM

# EXHIBIT 29

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0105499784 - 5782          Borrower(s): Anthony N Lepore
Date: January 5, 2005                              Lori A Lepore

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you. No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

---

Borrower/Owner  Anthony N Lepore                                    Date

---

Borrower/Owner  Lori A Lepore                                    Date

---

Borrower/Owner                                    Date

---

Borrower/Owner                                    Date

---

## REQUEST TO CANCEL
I/We want to cancel loan # _____

Borrower/Owner Signature                                    Date

---



00000105489784040422010 1
930 (10/04)

01/05/2005 11:19:50 AM

**BORROWER COPY**

# EXHIBIT 30



*FROM THE OFFICE OF THE*
## FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
*ATTORNEYS & COUNSELORS AT LAW*

June 19, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by Anthony N. Lepore, 16 Betsy Williams Circle, Johnston, RI 02919; Loan Number: 0105499784, Closing Date: 01/05/2005

To Whom It May Concern:

I represent Anthony N. Lepore concerning the mortgage loan transaction he and his wife entered into with Ameriquest Mortgage Company on January 1, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Lepore was given incomplete and therefore, inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Lepore's property located at 16 Betsy Williams Circle, Johnston, R.I is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Anthony N. Lepore,
By his Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Anthony N. Lepore

# EXHIBIT 31

## NOTICE OF RIGHT TO CANCEL

LENDER:   Ameriquest Mortgage Company

DATE:  June 7, 2005
LOAN NO.:  0123358244 - 5782
TYPE:   ADJUSTABLE RATE

BORROWER(S): Dennis Isom        Lisa Isom

ADDRESS:        189 Ophelia st
CITY/STATE/ZIP:   Providence, RI 02909

PROPERTY:    189 Ophelia st
             Providence,  RI  02909

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1.   The date of the transaction, which is

   ENTER DOCUMENT SIGNING DATE

   or
2.   The date you received your Truth in Lending disclosures;
   or
3.   The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Ameriquest Mortgage Company                   ATTN:  FUNDING
1600 S Douglass Rd                            PHONE:  (714)634-3494
Anaheim, CA 92806                             FAX:      (800)664-2256

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must
send the notice no later than MIDNIGHT of

   ENTER FINAL DATE TO CANCEL

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
I WISH TO CANCEL

_____                    _____
SIGNATURE                                           DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Dennis Isom                Date        BORROWER/OWNER Lisa Isom               Date

BORROWER/OWNER                            Date        BORROWER/OWNER                         Date

7777777070707000075785242717744400778360
5633764623071313763665127600755043737760
1223075604373772601223672283575602545507
00003123562440400050107

**BORROWER COPY**

06/07/2005 4:58:51 PM

# EXHIBIT   32

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0123358244 - 5782          Borrower(s): Dennis Isom
Date: June 7, 2005                                      Lisa Isom

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

---

Borrower/Owner  Dennis Isom _____          Date _____

Borrower/Owner  Lisa Isom _____          Date _____

Borrower/Owner _____          Date _____

Borrower/Owner _____          Date _____

---

## REQUEST TO CANCEL

I/We want to cancel loan # _____

Borrower/Owner Signature _____          Date _____

---

7777777707070700076785242717744400775350
56337548230713137636651276007560437377760
122307560437377801223077262575512566540 7
        350007123566455444444420710

LI0 (10/03)

05/07/2005 4:56:51 PM

**BORROWER COPY**

# EXHIBIT 33



FROM THE OFFICE OF THE
## FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

July 3, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: Notice of Rescission by Dennis Isom and Lisa Isom of 189 Ophelia Street,
Providence, RI 02909; Loan Number: 00123358244; Closing Date: 06/07/2005

To Whom It May Concern:

I represent Dennis Isom and Lisa Isom concerning the mortgage loan transaction
they entered into with Ameriquest Mortgage Company on June 7, 2005. Please be
advised that I have been authorized by my clients to rescind that transaction and hereby
exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635
and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr.& Mrs. Isom were given
incomplete and therefore, inaccurate notices of their right to cancel the above consumer
credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections
226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Isom's
property located at 189 Ophelia Street, Providence, RI is void as of this rescission.
Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission
to return to my clients all monies paid and to take action necessary and appropriate to
terminate the security interest.

Very truly yours,
Dennis Isom and Lisa Isom,
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Dennis Isom and Lisa Isom